**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MEGAN STEIGER,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-07560

Judge Manish S. Shah

Magistrate Judge Keri L. Holleb Hotaling

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 27 | Zhangzhihua Shop |
| 33 | yangzhouart |
| 12 | Xiao FaCaiDian |
| 7 | CBC art |
| 29 | ZhuzhiyongArt |
| 3 | ChenyeArt |
| 42 | JingQiMaoyyy |
| 34 | US&Poster 9158 |
| 51 | USA-ArtWall |
| 6 | Wangkaimeiart |
| 5 | Zhengjiaweiart |
| 13 | linjinART |
| 55 | cai chuang hong |
| 39 | AnyDesign US |
| 9 | Warm Wall Art |

DATED: September 30, 2024				Respectfully submitted,

<u>/s/ Keith A. Vogt</u><br>
Keith A. Vogt (Bar No. 6207971)<br>
Keith Vogt, Ltd.<br>
33 W. Jackson Blvd., #2W<br>
Chicago, Illinois 60604<br>
Telephone: 312-971-6752<br>
E-mail: keith@vogtip.com<br>
<br>
***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 30, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt